UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dubberly,

Plaintiff,

v. Civil No. 01-1594 (MJD/SRN)

Bayer Corp.,

Defendants.

Krohn,

Plaintiff,

v. Civil No. 01-1624 (JMR/SRN)

Bayer Corp.,

Defendants.

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

Case number 01-1594 having been assigned to Judge Michael J. Davis and case number 01-1624 having later been assigned to Judge James M. Rosenbaum and said matters being related cases,

IT IS HEREBY ORDERED that case number 01-1624 be assigned to Judge Michael J. Davis, nunc pro tunc, by use of a card on the Diversity-Personal Injury list of the automated case assignment system, and the Clerk of Court is directed to void and reuse cards on the same list pursuant to this Court's Assignment of Cases Order dated April 2, 2001.

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: Oct. 29, 2001

JUDGE MICHAEL J. DAVIS
United States District Court

Dated: October 29th, 2001

JUDGE JAMES M. ROSENBAUM
United States District Court

RICHARD D. SLETTEN, CLERK
OCT 30 2001
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

Pursuant to an Order of Disqualification, this case is reassigned to Judge Michael J. Davis and Magistrate Judge Susan R. Nelson.

NEW CASE INFORMATION 01-1624 MJD/SRN

Usc this case information for all further filings.

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500