01-1624 MJD

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 18 2001

FILED
CLERK'S OFFICE

A CERTIFIED TRUE COPY

DEC 18 2001

ATTEST
FOR THE JUDICIAL PANEL OF
MULTIDISTRICT LITIGATION

*RELEASED FOR PUBLICATION*

*DOCKET NO. 1431*

# *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

# *IN RE BAYCOL PRODUCTS LIABILITY LITIGATION*

*BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, MOREY L. SEAR, BRUCE M. SELYA,* JULIA SMITH GIBBONS, D. LOWELL JENSEN AND J. FREDERICK MOTZ, JUDGES OF THE PANEL*

## *TRANSFER ORDER*

This litigation currently consists of the 36 actions listed on the attached Schedule A and pending in twenty federal districts as follows: nine actions in the Western District of Pennsylvania; three actions in the Western District of Oklahoma; two actions each in the District of Connecticut, the District of Kansas, the Eastern District of Louisiana, the Western District of Louisiana, the District of Minnesota, and the District of New Jersey; and one action each in the Northern District of Alabama, the Southern District of California, the Middle District of Florida, the Northern District of Florida, the Northern District of Illinois, the Southern District of Illinois, the Middle District of Louisiana, the Eastern District of Michigan, the Southern District of Mississippi, the District of New Mexico, the Eastern District of New York, and the Northern District of Ohio.[1] Before the Panel are six motions pursuant to 28 U.S.C. § 1407 for coordinated or consolidated pretrial proceedings. Plaintiffs in one action in the District of Connecticut, the action in the Northern District of Illinois, the action in the Eastern District of New York, two actions in the District of Minnesota, one action in the Western District of Oklahoma, and one action in the Western District of Pennsylvania move, respectively, for centralization in those districts.

All responding parties in the actions before the Panel agree that centralization is appropriate,

* Judge Selya took no part in the decision of this matter.

[1] In addition to the 36 actions before the Panel, the parties have notified the Panel of over 90 related federal court actions pending in 51 districts. These actions and any other related actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

Richard D. Sletten, Clerk
BY: Deputy Clerk

DEC 19 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(1)

# SCHEDULE A

MDL-1431 -- In re Baycol Products Liability Litigation

Northern District of Alabama

*Mary Swink v. Bayer, A.G., et al.*, C.A. No. 1:01-2275

Southern District of California

*Arnold Stauss v. Bayer Corp.*, C.A. No. 3:01-1650

District of Connecticut

*Otis Smithe v. Bayer Corp., et al.*, C.A. No. 3:01-1570
*Susan Corasio v. Bayer, A.G., et al.*, C.A. No. 3:01-1699

Middle District of Florida

*Dolores Canter v. Bayer Corp.*, C.A. No. 8:01-1543

Northern District of Florida

*Melissa Elaine Smith v. Bayer Corp.*, C.A. No. 4:01-406

Northern District of Illinois

*Ronald Cohen, et al. v. Bayer, A.G., et al.*, C.A. No. 1:01-6257

Southern District of Illinois

*Ronald Weber v. Group Bayer, et al.*, C.A. No. 3:01-545

District of Kansas

*Ronald O. Davis v. Bayer, A.G., et al.*, C.A. No. 6:01-1272
*Juanita Boling v. Bayer, A.G., et al.*, C.A. No. 6:01-1273

Eastern District of Louisiana

*Linda Schexnayder v. Bayer Corp.*, C.A. No. 2:01-2495
*John J. Fritzinger, et al. v. Bayer Corp., et al.*, C.A. No. 2:01-2850

Middle District of Louisiana

*Ada Jackson, et al. v. Bayer Corp.*, C.A. No. 3:01-771 01-2395

Western District of Louisiana

*Carol Arlene Naegele, et al. v. Bayer Corp., et al.*, C.A. No. 2:01-1684 01-2396
*William Scott Clark, et al. v. Bayer Corp.*, C.A. No. 6:01-1846 01-2397

Eastern District of Michigan

*Ionel Glazer v. Bayer, A.G., et al.*, C.A. No. 2:01-73314 -01-2398

District of Minnesota

*Raymond Dubberly v. Bayer Corp.*, C.A. No. 0:01-1594 MJD
*William J. Krohn v. Bayer Corp.*, C.A. No. 0:01-1624

Southern District of Mississippi

*Johnson Lee Davis, etc. v. Bayer Consumer Care*, C.A. No. 4:01-258 -01-2399
reply Trans to West District WA 10/29/01

District of New Jersey

*Salvatore Galasso v. Bayer Corp., et al.*, C.A. No. 2:01-3885 -01-2400
*Lora Gautier v. Bayer Corp., et al.*, C.A. No. 2:01-4245 -01-2401

District of New Mexico

*Ina Mitchell, et al. v. Bayer Corp.*, C.A. No. 1:01-1041 - 01-2402

Eastern District of New York

*Evelyn Sternberg v. Bayer, A.G., et al.*, C.A. No. 1:01-5557 01-2403

Northern District of Ohio

*Heriberto Rivera v. Bayer Corp., et al.*, C.A. No. 1:01-2117 -01-2404

Western District of Oklahoma

*Steven L. Sparks v. Bayer Corp.*, C.A. No. 5:01-1265
*Jack Hartman v. Bayer, A.G., et al.*, C.A. No. 5:01-1506
*Gloria Dowling v. Bayer, A.G., et al.*, C.A. No. 5:01-1507

Western District of Pennsylvania

*Diane Rosenthal v. Bayer Corp.*, C.A. No. 2:01-1574
*Arnold Seiffer v. Bayer Corp., et al.*, C.A. No. 2:01-1583
*Gloria Lighter v. Bayer Corp.*, C.A. No. 2:01-1604
*Barbara Elias-Vecchione v. Bayer Corp., et al.*, C.A. No. 2:01-1606
*Raymond L. Roberts v. Bayer Corp.*, C.A. No. 2:01-1617
*Patricia Srsich, et al. v. Bayer Corp., et al.*, C.A. No. 2:01-1618
*Patricia Hickerson v. Bayer Corp., et al.*, C.A. No. 2:01-1666
*Maude E. Jones v. Bayer Corp.*, C.A. No. 2:01-1670
*Doyle Woods v. Bayer Corp., et al.*, C.A. No. 2:01-1702