**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

In re: BAYCOL PRODUCTS LITIGATION

MDL No. 1431
(MJD/JGL)

WILLIAM J. KROHN,

Plaintiff,

v.

BAYER CORPORATION,

Defendant.

Case No. 01-1624

**STIPULATION OF VOLUNTARY DISMISSAL OF WILLIAM J. KROHN**

In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, William J. Krohn, Plaintiff in the above-captioned matter, and defendant Bayer Corporation **STIPULATE** and **AGREE** that William J. Krohn is hereby **VOLUNTARILY DISMISSED WITH PREJUDICE.**



SCANNED
JUL 2004
U.S. DISTRICT COURT MPLS

Dated: July 12, 2004

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: ______________________
Richard A. Lockridge, #64117
Robert K. Shelquist, #21310X
Yvonne M. Flaherty, #267600
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
Tel: (612) 339-6900

***Attorneys for Plaintiff William J. Krohn***

Dated: July 7, 2004

DORSEY & WHITNEY

By: ______________________
Peter W. Sipkins, #101540
50 South Sixth Street, Suite 1500
Minneapolis, MN 55401-1498
Tel: (612) 340-2600

BARTLIT BECK HERMAN PALENCHAR & SCOTT
Philip S. Beck
Adam Hoeflich
54 West Hubbard Street, Suite 300
Chicago, IL 60603
Tel: (312) 494-4400

SIDLEY AUSTIN BROWN & WOOD LLP
Susan A. Weber
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603
Tel: (312) 853-7000

SIDLEY AUSTIN BROWN & WOOD LLP
Gene C. Schaerr
1501 K Street NW
Washington, DC 20005
Tel: 202-736-8000
***Attorney for Bayer Corporation***

**IT IS HEREBY ORDERED,** pursuant to the above Stipulation, that the claims of William J. Krohn in the above-referenced matter are dismissed with prejudice.

Dated: JUL 2 6 2004

Michael J. Davis

United States District Court Judge